United States District Court of the Western District of Michigan

FILED - GR
November 4, 2024 12:59 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW / 11-5

1:24-cv-1162
Maarten Vermaat
U.S. Magistrate Judge

Steven Raymond Lyons
Plaintiff in Pro Se

Case:
Judge:

-vs-

Barry County Jail,
LT. MEVINS
Defendant,

## Facts

On Sept. 23rd 2024 this petitioner was brought to the Barry County Jail By way of

-1-

Hastings Police Department
Due to a FTA that a warrant was Filed Due to not reporting to pre-trial services and missing a Court Date Because He was in California at Rehab.

Upon arriving at the Barry County Jail this time this petitioner has Been met with a High level of confrontiveness By way of LT. Nevins including But not limited to. Being kicked out of programming Both Religious as well a mental Health / substance Abuse. At no time Did this

Petitioner Fail to comply with <u>any</u> order from <u>any</u> Barry County Sheriff's Department Deputies orders.

Now this petitioner is placed on an No out of cell program's list for reasons unknowing to him even though he has repeatedly asked as well as "Kited" and even went as far as to grieve and contact the Michigan State Police. The state Police were contact Due to an staff assault that occured the last time this petitioner was here at which # time this petitioner was agressivly extracted from his cell with tasers out on him and Several Barry

-3-

Deputies pursuing to viciously and sadistically using excessive use of force in Direct Violation with his Constitutional Rights.

## Relief

The only foreseeable Relief to be sought would be for this court to impose some kind of sanction in accordance with local and state law as well as some monetary relief to be set by this court.

Respectfully

*[signature]*

Steven Lyons
-4- Plaintiff in pro se

Steven Lyons #78789
Barry County Jail
1212 west State street
Hastings, MI 49058

ATTN: Clerk of the Court
United States District court
Western District
110 michigan Ave
Grand Rapids, MI
49503

GRAND RAPIDS MI 493
1 NOV 2024 PM 4 L

"We ask but for Peace, Liberty and Safety."
FIRST CONTINENTAL CONGRESS, 1774
FOREVER / USA

4950332363 C040